**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 11, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00311-CV

## IN RE MORTON AND 2855-NW,LLC, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
506th Judicial District Court
Waller County, Texas
Trial Court Cause No. CV22-04-0436**

## MEMORANDUM OPINION

On April 28, 2022, relator Morton and 2855-NW,LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Gary W. Chaney, presiding judge of the 506th Judicial District Court of Waller County, to reverse the trial court's April 27, 2022 temporary restraining order, and vacate the writ of injunction.

On July 25, 2022, relator's counsel notified the Clerk of this Court that the parties had resolved and settled their dispute in the underlying litigation. On August 3, 2022, relator filed an unopposed motion to dismiss its petition for writ of mandamus under Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, we grant relator's motion to dismiss.

We dismiss relator's petition for writ of mandamus. Additionally, our April 28, 2022 stay is lifted.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.